# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MACEO ALLEN, *et al.*, | 2:11-cv-01946-KJD-VCF |
| Plaintiffs, | **MINUTE ORDER** |
| vs. | |
| MCKENNA PROPERTY MANAGEMENT, LLC, | |
| Defendant. | |

Before the Court is the Stipulation and Order filed on January 9, 2013. (#25).

IT IS HEREBY ORDERED that a hearing on the Stipulation and Order is scheduled for January 28, 2013 at 9:00 a.m. in Courtroom 3D.

DATED this 11th day of January, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE