JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
JOHN C. COURTNEY, ESQ.
Nevada Bar No. 011092
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Ph: (702) 382-4044/Fax: (702) 383-9950
E-Mail: info@johnpeterlee.com
*Attorneys for Plaintiffs*
*Maceo Allen,*
*Nakeyshaey Allen, and*
*Kendrick Allen*

**JOHN PETER LEE, LTD.**
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MACEO ALLEN, individually; NAKEYSHAEY ALLEN, individually; and KENDRICK ALLEN, a minor, individually,

Plaintiffs,

vs.

MCKENNA PROPERTY MANAGEMENT, LLC, a Nevada Limited Liability Company,

Defendants.

CASE NO. 2:11-cv-01946-APG-VCF

2180.024243 - th

**STIPULATION AND ORDER TO DISMISS**

Plaintiffs MACEO ALLEN, NAKEYSHAEY ALLEN and KENDRICK ALLEN, and Defendant MCKENNA PROPERTY MANAGEMENT, LLC (hereinafter "Defendant") by and through their respective counsel of record, hereby agree and stipulate to a dismissal of all claims asserted in this action against Defendant, in their entirety, with prejudice, with each party to bear

. . .

. . .

. . .

. . .

. . .

. . .

their own attorney's fees and costs.

DATED this 9th day of August, 2013.

JOHN PETER LEE, LTD.

By: ______________________
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
JOHN C. COURTNEY, ESQ.
Nevada Bar No. 011092
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Ph: (702) 382-4044/Fax: (702) 383-9950
*Attorneys for Plaintiffs*

DATED this 9th day of August, 2013.

JOHN M. NETZORG, ESQ.

By: ______________________
JOHN M. NETZORG, ESQ.
Nevada Bar No. 001335
2810 West Charleston Blvd., ~~Suite H-81~~
Las Vegas, Nevada 89102
Ph: (702) 878-3400/Fax: (702) 878-1255
*Attorney for Defendant*

**IT IS SO ORDERED.**

DATES this 9th day of August , 2013.

______________________
UNITED STATES DISTRICT JUDGE

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950