JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
JOHN C. COURTNEY, ESQ.
Nevada Bar No. 011092
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Ph: (702) 382-4044/Fax: (702) 383-9950
E-Mail: info@johnpeterlee.com
*Attorneys for Plaintiffs*
*Maceo Allen,*
*Nakeyshaey Allen, and*
*Kendrick Allen*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MACEO ALLEN, individually; NAKEYSHAEY ALLEN, individually; and KENDRICK ALLEN, a minor, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>MCKENNA PROPERTY MANAGEMENT, LLC, a Nevada Limited Liability Company,<br><br>Defendants. | CASE NO. 2:11-cv-01946-APG-VCF |

2180.024243 - th

### STIPULATION AND ORDER TO DISMISS

Plaintiffs MACEO ALLEN, NAKEYSHAEY ALLEN and KENDRICK ALLEN, and Defendant MCKENNA PROPERTY MANAGEMENT, LLC (hereinafter "Defendant") by and through their respective counsel of record, hereby agree and stipulate to a dismissal of all claims asserted in this action against Defendant, in their entirety, with prejudice, with each party to bear

. . .

. . .

. . .

. . .

. . .

. . .

. . .

their own attorney's fees and costs.

DATED this 9th day of August, 2013.

JOHN PETER LEE, LTD.

By: _____
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
JOHN C. COURTNEY, ESQ.
Nevada Bar No. 011092
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Ph: (702) 382-4044/Fax: (702) 383-9950
*Attorneys for Plaintiffs*

DATED this 9th day of August, 2013.

JOHN M. NETZORG, ESQ.

By: _____
JOHN M. NETZORG, ESQ.
Nevada Bar No. 001335
2810 West Charleston Blvd., Suite H-81
Las Vegas, Nevada 89102
Ph: (702) 878-3400/Fax: (702) 878-1255
*Attorney for Defendant*

**IT IS SO ORDERED.**

DATES this 9th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950